# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )))) | |
| ) | 1:15-CV-00473-WS-N |
| Plaintiff, )) | |
| v. )) | |
| OUTOKUMPU STAINLESS USA, LLC, ))) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF DISCOVERY SERVICE

Pursuant to Local Rule 5(b) of the Southern District of Alabama, Defendant gives notice of its service of its Second Set of Requests for Production on the Plaintiff on December 4, 2015.

/s/R. Bradley Adams
R. Bradley Adams  (ADAMR8742)
radams@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 155
Atlanta, GA 30326
Telephone:    251.706.6758
Facsimile:    251.650.1613
**Attorneys for Defendant**
**Outokumpu Stainless USA, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | 1:15-CV-00473-WS-N |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OUTOKUMPU STAINLESS USA, LLC, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015 I served a copy of the foregoing **DEFENDANT'S NOTICE OF DISCOVERY SERVICE** upon counsel of record by email and United States Mail, first-class postage prepaid and addressed as follows:

C. Emanuel Smith, Esq.
Marsha Rucker, Esq.
Maneesh Varma, Esq.
Kurt Fischer, Esq.
Christopher Woolley, Esq.
U.S. EEOC
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street, South
Birmingham, Alabama 35205

P. David Lopez, Esq.
James L. Lee, Esq.
Gwendolyn Young Reams, Esq.

U.S. EEOC
131 M. Street E
Washington, DC 20507

/s/ *R. Bradley Adams*
R. Bradley Adams  (ADAMR8742)
radams@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 155
Atlanta, GA 30326
Telephone:    251.706.6758
Facsimile:    251.650.1613
**Attorneys for Defendant**
**Outokumpu Stainless USA, LLC**

Firmwide:137378617.1 075507.1006

3