IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 15-00473-WS-N |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC,<br>    Defendant. | )<br>)<br>) |

## ORDER SETTING SETTLEMENT CONFERENCE

This action is hereby set for a **SETTLEMENT CONFERENCE** with the undersigned Magistrate Judge beginning at **9:00 a.m. (Central Standard Time)** on **Thursday, October 13, 2016**, in chambers (Room 459 of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama 36602). The parties and at least one attorney for each counseled party must be personally present for this conference. In the case of a party that is an artificial entity (e.g., corporation, LLC, partnership, governmental entity), an authorized representative who has final settlement authority must be present.

In preparation for, and in order to facilitate, the settlement conference, each party shall submit a confidential settlement statement to the undersigned no later than **5:00 p.m. (CST)** on **Friday, October 7, 2016**, by one of the following methods: (1) hand-delivery, either directly to chambers (Room 459) or to the Office of the Clerk of Court for placement in the undersigned's mailbox; (2) electronic mail to clifford_nelson@alsd.uscourts.gov and sandra_rey@alsd.uscourts.gov; or (3) facsimile

transmission (251-694-4430). Each party's submission shall include the following information:

1. A brief statement of the facts giving rise to this action;

2. A brief analysis of the key issues involved in the litigation;

3. A description of the strongest and weakest points in your case and in your opponent's case, both legal and factual;

4. The major obstacle(s), as you perceive it, to settlement;

5. The total estimated cost to your client to continue this action beyond the settlement conference date, including the cost of trial through appeal;

6. The history and status of any settlement negotiations, including the last settlement proposal made by you and to you;

7. A settlement proposal that you believe would be fair; and

8. A settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation.

All communications made in connection with the settlement conference are confidential and will not be disclosed to anyone, including the other parties, unless otherwise agreed to by the parties. The confidential settlement statements and any documents requested and submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference.

**DONE** and **ORDERED** this the 28th day of September 2016.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**