**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION 15-0473-WS-N** |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

This matter came before Magistrate Judge Nelson today for a settlement conference. The Court understands that the settlement conference was successful, and that the parties have reached an agreement that would resolve all claims and issues joined in this action.

In light of that development, all pretrial and trial-related deadlines in this action (including without limitation the final pretrial conference setting of October 18, 2016, and the jury selection setting of November 1, 2016) are hereby **continued** indefinitely. Pursuant to the arrangement requested during the settlement conference, the parties are **ordered** to file a proposed consent decree on or before **November 22, 2016**.

DONE and ORDERED this 13th day of October, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE